## STANLEY MLYNEK *v.* DANUTA MLYNEK
## (AC 18310)

Schaller, Spear and Sullivan, Js.

Submitted on briefs October 29—officially released November 24, 1998

Per Curiam. The judgment is affirmed.

## SCOTT MONTERVILLE *v.* COMMISSIONER OF MOTOR VEHICLES
## (AC 17465)

Lavery, Landau and Hennessy, Js.

Submitted on briefs October 29—officially released November 24, 1998

Per Curiam. The judgment is affirmed.

## LUIS RIVERA *v.* COMMISSIONER OF CORRECTION
## (AC 17303)

O'Connell, C. J., and Lavery and Landau, Js.

Argued November 4—officially released November 24, 1998

Per Curiam. The judgment is affirmed.